■ In the Matter of MARCIA SHEILA KASDAN, a Suspended Attorney.—Application for reinstatement granted only insofar as to refer this matter to the Departmental Disciplinary Committee for a hearing as indicated. Concur—Murphy, P. J., Sullivan, Carro, Kupferman and Ross, JJ.